Certificate Number: 01401-NYS-DE-019245320

Bankruptcy Case Number: 12-13646



01401-NYS-DE-019245320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2012, at 2:42 o'clock AM EDT, Jennifer T Liburd completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   September 23, 2012               By:    /s/Nick Demeester

Name:  Nick Demeester

Title:  Counselor